OPINION — AG — ** CAPITOL — MEDICAL CENTER IMPROVEMENT AND ZONING COMMISSION — HISTORICAL PRESERVATION ** THE CAPITOL MEDICAL CENTER IMPROVEMENT AND ZONING COMMISSION HAS THE POWER AND AUTHORITY TO CREATE AND ESTABLISH AN HISTORICAL PRESERVATION AREA WITHIN THE CAPITOL MEDICAL CENTER IMPROVEMENT AND ZONING DISTRICT. (CAPITOL PROPERTY, ZONING COMMISSION, JURISDICTION) CITE: 73 O.S. 82.1 [73-82.1], 73 O.S. 83.11 [73-83.11], 73 O.S. 82.2 [73-82.2], 73 O.S. 82.5 [73-82.5] (TODD MARKUM)